IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERBERT HARDIN,** : | | CIVIL ACTION |
| Petitioner : | | |
| : | | |
| v. : | | |
| : | | |
| **JEFFREY BEARD, et al.,** : | | |
| Respondents : | | No. 06-CV-292 |

## O R D E R

ANITA B. BRODY, J.

AND NOW, this 27th day of December, 2006, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
ANITA B. BRODY, J.

Copies via ECF on ___ to:     Copies via US mail on ___ to: